UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2 29 PM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

JOHNNY WILLIAMS, JR.,

      Plaintiff,

v.

COMCAST CABLEVISION
OF NEW HAVEN, INC.,

      Defendant.

CIVIL ACTION NO.
3:02-CV2043 (MRK)

NOVEMBER 25, 2003

## DEFENDANT COMCAST CABLEVISION OF NEW HAVEN, INC.'S REQUEST FOR PREFILING CONFERENCE REGARDING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Pursuant to the Order Regarding Case Management Plan, dated January 30, 2003, Defendant Comcast Cablevision of New Haven, Inc. ("Comcast") requests a prefiling conference regarding a Motion for Summary Judgment. Comcast seeks to move for summary judgment on all counts of the Plaintiff's Complaint and requests a pretrial conference, which has been ordered a requisite before Comcast may file a Summary Judgment Motion.

**ORAL ARGUMENT NOT REQUESTED**

DEFENDANT – COMCAST CABLEVISION OF NEW HAVEN, INC.

By  *(signature)*
Michael C. Harrington - ct17140
mharrington@murthalaw.com

Murtha Cullina LLP
CityPlace I - 185 Asylum Street
Hartford, Connecticut 06103-3469
Telephone: (860) 240-6000
Fax: (860) 240-6150
Its Attorneys

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Request for Prefiling Conference was mailed via first-class mail on this 25th day of November, 2003 to:

Alexander Bardocz, Esq.
Fine, Olin & Anderman, P.C.
336 State Street
North Haven, CT  06473

                                                _____
                                                Michael C. Harrington

**ORAL ARGUMENT NOT REQUESTED**