UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOHNNY WILLIAMS, JR., | : | |
| | : | |
| Plaintiff, | : | NO. 3:02CV2043(MRK) |
| | : | |
| v. | : | |
| | : | |
| COMCAST CABLEVISION OF NEW HAVEN, INC., | : | |
| | : | |
| Defendant. | : | |

## ORDER

Defendant Comcast Cablevision Of New Haven, Inc.'s Request For Prefiling Conference Regarding Defendant's Motion For Summary Judgment (Doc. #19), dated November 25, 2003, is **DENIED**. Comcast Cablevision of New Haven, Inc. may proceed to file a motion for summary judgment without the need for a conference.

IT IS SO ORDERED.

/s/     Mark R. Kravitz
U.S.D.J.

Dated at New Haven, Connecticut: December 4, 2003.