FILED

Dec 11  10 22 AM '03

U.S. DISTRICT COURT
NEW HAVEN, CONN.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JOHNNY WILLIAMS, JR.,

    Plaintiff,

v.

COMCAST CABLEVISION
OF NEW HAVEN, INC.,

    Defendant.

CIVIL ACTION NO.
3:02-CV2043 (MRK)

DECEMBER 10, 2003

### DEFENDANT COMCAST CABLEVISION OF NEW HAVEN, INC.'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Defendant Comcast Cablevision of New Haven, Inc. ("Comcast"), hereby moves for summary judgment on all Counts of Plaintiff's Complaint. Because there are no genuine issues of fact and because the case should be decided as a matter of law in favor of Comcast, summary judgment should be granted. In support of its Motion, Comcast has filed a Memorandum of Law and a Local Rule 9(c)(1) Statement of Undisputed Facts.

ORAL ARGUMENT REQUESTED

DEFENDANTS – COMCAST CABLEVISION OF NEW HAVEN, INC.

By _____
Michael C. Harrington - ct17140
mharrington@murthalaw.com

Murtha Cullina LLP
CityPlace I - 185 Asylum Street
Hartford, Connecticut 06103-3469
Telephone:  (860) 240-6000
Fax:  (860) 240-6150
Its Attorneys

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion for Summary Judgment was hand delivered on this 10th day of December, 2003 to:

Alexander Bardocz, Esq.
Fine, Olin & Anderman, P.C.
336 State Street
North Haven, CT  06473

_____
Michael C. Harrington