UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOHNNY WILLIAMS, JR. | : | |
| | : | |
| Plaintiff, | : | NO.   3:02cv2043(MRK) |
| | : | |
| v. | : | |
| | : | |
| COMCAST CABLE | : | |
| COMMUNICATIONS, INC. | : | |
| | : | |
| Defendant. | : | |

## ORDER

Plaintiff Johnny Williams, Jr. is hereby ordered to show cause why this case should not be dismissed and/or sanctions imposed on counsel, pursuant to Local Rule 16(f), for failure to attend the status conference on January 6, 2004. Plaintiff will respond to this order by January 30, 2004. **FAILURE OF PLAINTIFF TO RESPOND TO THIS ORDER BY JANUARY 30, 2004 WILL RESULT IN DISMISSAL OF THIS CASE.**

IT IS SO ORDERED.

/s/      Mark R. Kravitz
U.S.D.J.

Dated at New Haven, Connecticut: January 9, 2004