UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Telephone Status Conference Calendar

Honorable Mark R. Kravitz, U.S.D.J.
141 Church Street
New Haven
Chambers Room 306

Tuesday January 6, 2004
2:45 p.m.

CASE NO. **3:02cv2043 MRK**    **Williams v Comcast Cable Comm. Inc.**

Alexander Bardocz
Fine, Olin & Anderman
336 State St.
North Haven, CT 06473

Michael C. Harrington
Murtha Cullina LLP
Cityplace I, 185 Asylum St.
Hartford, CT 06103-3469

Barry J. Waters
Murtha Cullina LLP
Whitney Grove Square
2 Whitney Ave, PO Box 704-A
New Haven, CT 06503-0704

*Not held*

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK