UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

Feb 2  7 49 AM '04

U.S. DISTRICT COURT
NEW HAVEN, CONN.

JOHNNY WILLIAMS, JR.

            Plaintiff,      :    NO.   3:02cv2043(MRK)

v.

COMCAST CABLE
COMMUNICATIONS, INC.

           Defendant.

## ORDER

The Court having received plaintiff's letter on January 30, 2004 in response to the Order to Show Cause [doc. #24], the above-captioned case shall not be dismissed. However, counsel are hereby admonished for the future not to file letters with the Court when seeking substantive relief. The Court's January 9, 2004 Order required the plaintiff to show cause why the case should not be dismissed, and a response to a show cause order should be by way of a pleading, not a letter.

A telephone status conference is scheduled for **February 19, 2004 at 2:15 P.M.** Plaintiff shall initiate the conference. **Failure of plaintiff to attend the February 19, 2004 status conference will result in dismissal of this case.**

IT IS SO ORDERED.

Mark R. Kravitz, U.S.D.J.

Dated at New Haven, Connecticut: January 30, 2004