UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
------------------------------------------------X

JOHNNY WILLIAMS, JR.,

        Plaintiff,

v.

COMCAST CABLEVISION
OF NEW HAVEN, INC.,

        Defendant.

------------------------------------------------X

**NOTICE OF MOTION**

**Civil Action No.
3:02-CV-2043 (MRK)**

FILED

    PLEASE TAKE NOTICE that upon the annexed Affidavit of Alexander Bardocz, Plaintiff will move for an extension of time to object to Defendant's Motion for Summary Judgment pursuant to Federal Rule of Civil Procedure 56, before the Honorable Mark R. Kravitz, United States District Judge of the District of Connecticut, at the United States Courthouse, 141 Church St., New Haven, Connecticut, 06510 on submission, unless a time and date is set by the Court.

Dated: New Haven, CT
       February   9th   2004

By: _____
Alexander Bardocz, ct16940
Fine, Olin & Anderman, LLP
Attorneys for Plaintiff
336 State St., 2nd Floor
North Haven, CT. 06437
Tel. (203) 287-8081
Fax (203) 287-5416

## CERTIFICATION

I hereby certify that a copy of the foregoing has been mailed, first class, postage prepaid on the 9th day of February, 2004, to:

MICHAEL C. HARRINGTON
Attorney for Defendant
CityPlace I
185 Asylum Street
Hartford, CT 06103-3469

*ALEXANDER BARDOCZ*

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
-----------------------------------------------------------X

JOHNNY WILLIAMS, JR.,                    **AFFIDAVIT**

        Plaintiff,                     **Civil Action No.**
                                                          **3:02-CV-2043 (MRK)**

        v.

COMCAST CABLEVISION
OF NEW HAVEN, INC.,

        Defendant.

-----------------------------------------------------------X

       Alexander Bardocz being duly sworn deposes and says pursuant to FRCP 56 (e):

1.    Alexander Bardocz is a member of the law firm Fine, Olin & Anderman.

2.    Fine, Olin & Anderman has been retained by Johnny Williams, Jr. who is the Plaintiff in the above captioned matter, to represent him in his claim against Comcast Cablevision of New Haven, Inc.

3.    When Defendant served its Motion for Summary Judgment I was on vacation, thereby prevented from working on a response to said Motion.

4.    I have contacted opposing counsel, Michael C. Harrington, Esq., who consented to an extension of time to respond to Defendant's Motion for Summary Judgement.

5.    Plaintiff has not filed a Motion for Extension of Time previously.

1

Dated: 9 February, 2004

_____
Alexander Bardocz

Subscribed and sworn to before me
this 9th day of February, 2004

_____
NOTARY PUBLIC

**IZABELLA KALMAN**
**My Commission Expires April 30, 2008**

2