UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOHNNY WILLIAMS, JR. | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | NO.   3:02cv2043 (MRK) |
| | : | |
| | : | |
| COMCAST CABLE | : | |
| COMMUNICATIONS, INC. | : | |
| | : | |
| Defendant. | : | |

## ORDER

The Court having conferred telephonically with the parties on February 19, 2004 in the above-captioned matter, the following is hereby ordered:

1) Construing plaintiff's "Notice of Motion" [doc. #27] as a "Motion for Extension of Time to Respond to Defendant's Motion for Summary Judgment," the motion [doc. #27] is GRANTED, and plaintiff shall have until **March 9, 2004** to file an objection to defendant's Motion for Summary Judgment [doc. #21];

2) The parties shall appear before the Court for oral argument on **May 18, 2004 at 2:00 p.m.** in Courtroom #4;

3) The plaintiff shall have until **March 9, 2004** to comply with Judge Thompson's August 13, 2003 order [doc. #14] directing plaintiff to remit to Comcast Cablevision the costs it incurred to file defendant's Motion to Compel and defendant's Motion for Sanctions.  If the plaintiff fails to comply with Judge Thompson's order by March 9, 2004, the defendant may move for additional sanctions, including dismissal of this case.

IT IS SO ORDERED.

/s/     <u>     Mark R. Kravitz     </u>
U.S.D.J.

Dated at New Haven, Connecticut: <u>February 25, 2004</u>.