UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
------------------------------------------------------------X

JOHNNY WILLIAMS, JR.,

                Plaintiff,

-against-

COMCAST CABLE COMMUNICATIONS, INC.

            3:020CV2043(MRK)

                Defendant.

            **MARCH 8, 2004**
------------------------------------------------------------X

### PLAINTIFF'S OBJECTION TO MOTION FOR SUMMARY JUDGMENT

Plaintiff objects to Defendant's Motion for Summary Judgment because there are genuine issue of material facts in dispute and Defendant is not entitled to judgment as a matter of law.

    The Plaintiff ask the court to deny the Motion for Summary Judgment.

                          PLAINTIFF –JOHNNY WILLIAMS, JR.

                          By _____

                          Alexander Bardocz, ct16940
                          Fine, Olin & Anderman, LLP
                          Attorneys for Plaintiff
                          336 State St., 2nd Floor
                          North Haven, CT. 06437
                          Tel. (203) 287-8081
                          Fax (203) 287-5416
                          abardocz@foalaw.com

**Oral Argument Requested**

## CERTIFICATION

I hereby certify that a copy of the foregoing has been mailed, first class, postage prepaid on the 9th day of March, 2004, to:

MICHAEL C. HARRINGTON, Esq.
Attorney for Defendant
CityPlace I
185 Asylum Street
Hartford, CT 06103-3469

_____
Alexander Bardocz