UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
-------------------------------------------------------X

JOHNNY WILLIAMS, JR.,

             Plaintiff,

    v.

COMCAST CABLEVISION
OF NEW HAVEN, INC.,

             Defendant.

-------------------------------------------------------X

MOTION TO REMAND

Civil Action No.
3:02-CV-2043 (MRK)

FILED MAR 9 3 47 04
NEW HAVEN, CONN.
U.S. DISTRICT COURT

DATE: MARCH 8, 2004

      The Plaintiff respectfully moves that the court remand the above case, because it does not involve any matter which would have been removable to federal court in the first instance. Or in the alternative, in case the court finds jurisdiction regarding certain counts, the plaintiffs requests that the remaining counts be remanded to state court.

                              PLAINTIFF –JOHNNY WILLIAMS, JR.

                              By _____

                              Alexander Bardocz, ct16940
                              Fine, Olin & Anderman, LLP
                              Attorneys for Plaintiff
                              336 State St., 2nd Floor
                              North Haven, CT. 06437
                              Tel. (203) 287-8081
                              Fax (203) 287-5416
                              abardocz@foalaw.com

**Oral Argument Requested**

## **CERTIFICATION**

I hereby certify that a copy of the foregoing has been mailed, first class, postage prepaid on the 9th day of March, 2004, to:

MICHAEL C. HARRINGTON, Esq.
Attorney for Defendant
CityPlace I
185 Asylum Street
Hartford, CT 06103-3469

_____
Alexander Bardocz