UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHNNY WILLIAMS, JR., <br> Plaintiff, | : <br> : CIVIL ACTION NO. <br> : 3:02-CV2043 (MRK) |
| v. | : |
| COMCAST CABLEVISION <br> OF NEW HAVEN, INC., <br> Defendant. | : <br> : <br> : MARCH 18, 2004 |

### DEFENDANT COMCAST CABLEVISION OF NEW HAVEN, INC.'S MOTION FOR EXTENSION OF TIME TO REPLY TO PLAINTIFF'S OBJECTION TO MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule 9(b), Defendant Comcast Cablevision of New Haven, Inc. ("Comcast") respectfully request an extension of time of fourteen (14) days, up to and including April 6, 2004, within which to file Defendant's Reply to Plaintiff's Objection to Motion for Summary Judgment.

Plaintiff's Objection to Comcast's Motion for Summary Judgment was served on March 9, 2004. Accordingly, Comcast's reply brief is presently due on March 23, 2004. Oral argument on Comcast's Motion is scheduled for May 18, 2004. This extension of time is necessary due to the demands of other commitments on the undersigned. The undersigned tried, but was unable to ascertain Plaintiff's counsel's position with respect to this Motion. This is Comcast's first request for an extension of time on this matter.

ORAL ARGUMENT NOT REQUESTED

Case 3:02-cv-02043-MRK     Document 35     Filed 03/22/2004     Page 2 of 3

DEFENDANT – COMCAST CABLEVISION OF NEW HAVEN, INC.

By _/s/ Michael C. Harrington_
Michael C. Harrington - ct17140
mharrington@murthalaw.com
Murtha Cullina LLP
CityPlace I - 185 Asylum Street
Hartford, Connecticut 06103-3469
Telephone: (860) 240-6000
Fax: (860) 240-6150
Its Attorneys

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion for Extension of Time to Respond to Plaintiff's Motion to Remand was mailed, postage prepaid on this 18th day of March, 2004, to:

Alexander Bardocz, Esq.
Fine, Olin & Anderman, P.C.
336 State Street
North Haven, CT  06473

_____
Michael C. Harrington