## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOHNNY WILLIAMS, JR. | : | |
| Plaintiff, | : | |
| v. | : | NO.   3:02cv2043 (MRK) |
| COMCAST CABLE COMMUNICATIONS, INC. | : | |
| Defendant. | : | |

### ORDER

Defendant Comcast Cablevision Of New Haven, Inc.'s Motion For Extension Of Time To Respond To Plaintiff's Motion To Remand [doc. #35], and Defendant Comcast Cablevision Of New Haven, Inc.'s Motion For Extension Of Time To Reply To Plaintiff's Objection To Motion For Summary Judgment [doc. #36], both dated March 18, 2004, are hereby **GRANTED absent objection**. Defendant shall file its response to Plaintiff's Motion to Remand on or before **April 13, 2004**, and shall reply to Plaintiff's Objection to Motion for Summary Judgment on or before **April 6, 2004**.

IT IS SO ORDERED.

/s/      Mark R. Kravitz
U.S.D.J.

Dated at New Haven, Connecticut: March 24, 2004.