UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHNNY WILLIAMS, JR., : | |
| Plaintiff, : | CIVIL ACTION NO. |
| : | 3:02-CV2043 (MRK) |
| v. : | |
| : | |
| COMCAST CABLEVISION : | |
| OF NEW HAVEN, INC., : | |
| Defendant. : | APRIL 19, 2004 |

MOTION FOR EXTENSION OF SCHEDULING ORDER

Defendant Comcast Cablevision of New Haven, Inc. ("Comcast") respectfully requests a continuance of the Scheduling Order which was issued by the Honorable Robert J. Chatigny on January 20, 2003. Among other things, the Order requires counsel to submit a Joint Trial Memorandum on or before April 20, 2004. Presently, pending before this Court is Comcast's Motion for Summary Judgment on all counts of the Plaintiff's Complaint. Oral argument on Comcast's motion is scheduled for May 18, 2004. Therefore, Comcast requests a continuance to file a Joint Trial Memorandum until twenty (20) days after this Court rules upon Comcast's summary judgment motion.

Comcast attempted, but was unable, to discover Plaintiff's position with respect this motion.

ORAL ARGUMENT NOT REQUESTED

-2-

DEFENDANT – COMCAST CABLEVISION OF NEW HAVEN, INC.

By _____
   Michael C. Harrington - ct17140
   mharrington@murthalaw.com

Murtha Cullina LLP
CityPlace I - 185 Asylum Street
Hartford, Connecticut 06103-3469
Telephone: (860) 240-6000
Fax: (860) 240-6150
Its Attorneys

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing Motion for Extension of Scheduling Order was mailed, postage prepaid on this 19th day of April, 2004, to:

Alexander Bardocz, Esq.
Fine, Olin & Anderman, P.C.
336 State Street
North Haven, CT  06473

                                                  Michael C. Harrington

722822