UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOHNNY WILLIAMS, JR. | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | NO.   3:02cv2043 (MRK) |
| | : | |
| COMCAST CABLE | : | |
| COMMUNICATIONS, INC. | : | |
| | : | |
| Defendant. | : | |

## ORDER

Defendant's Motion For Extension Of Scheduling Order [doc. #40], dated April 19, 2004, is hereby GRANTED. Parties shall file their Joint Trial Memorandum within twenty (20) days of the Court's ruling on the Defendant's Motion for Summary Judgment.

IT IS SO ORDERED.

/s/     Mark R. Kravitz
U.S.D.J.

Dated at New Haven, Connecticut: May 3, 2004.