UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHNNY WILLIAMS, JR., | : |
| | : |
| Plaintiff | : |
| | :  NO. 3:02cv2043 (MRK) |
| v. | : |
| | : |
| COMCAST CABLEVISION | : |
| OF NEW HAVEN, INC., | : |
| | : |
| Defendant | : |

## **JUDGMENT**

This matter came on for consideration on Plaintiffs' Motion to Remand and Defendant's Motion for Summary Judgment before the Honorable Mark R. Kravitz, United States District Judge.

The Court has reviewed all of the papers filed in conjunction with the motions and on June 1, 2004, entered a Memorandum of Decision denying Plaintiff's Motion for Remand and granting Defendant's Motion for Summary Judgment.

It is therefore ORDERED and ADJUDGED that  judgment is entered for the defendant and the case is closed.

Dated at New Haven, Connecticut, this 3rd of June, 2004.

        KEVIN F.  ROWE, CLERK
        By
        /s/ Kenneth R. Ghilardi
        Kenneth R. Ghilardi
        Deputy Clerk

EOD: _____